1  **Mark P. Robinson, Jr.**, SBN 054426
2  **Carlos A. Prietto, III**, SBN 166410
3  **Ted B. Wacker**, SBN 157416
   **ROBINSON, CALCAGNIE & ROBINSON**
4  620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
5  949-720-1288; Fax 949-720-1292
6
7  Attorneys for Plaintiff
   DON McINTOSH
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M:03-CV-01699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This document relates to:<br>**DON McINTOSH**<br>**Individual Case No. 3:06-cv-00289-CRB** | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER CV 05-6438-DSF (CTx), ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff DON McINTOSH, Case Number CV 05-6438-DSF (CTx), originally filed in the Central District of California on August 30, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:06-cv-00289-CRB, may be and is hereby dismissed without prejudice, each party to bear their own costs.

| | | |
|---|---|---|
| 1 | Dated: May 18, 2006 | ROBINSON, CALCAGNIE & ROBINSON |
| 2 | | |
| 3 | | |
| 4 | | Mark P. Robinson, Jr., SBN054426 |
| 5 | | mrobinson@rcrlaw.net |
|   | | Carlos A. Prietto, III, SBN 166410 |
| 6 | | cprietto@rcrlaw.net |
| 7 | | Ted B. Wacker, SBN 157416 |
|   | | twacker@rcrlaw.net |
| 8 | | 620 Newport Center Drive, 7th Floor |
| 9 | | Newport Beach, CA 92660 |
|   | | Telephone: (949) 720-1288 |
| 10 | | Fax: (949) 720-1292 |
| 11 | | |
| 12 | | *Counsel for Plaintiff* |
| 13 | | DON McINTOSH |
| 14 | | |
| 15 | Dated: May __, 2006 | GORDON & REES |
| 16 | | |
| 17 | | |
| 18 | | Stuart M. Gordon, Esq. |
|    | | sgordon@gordonrees.com |
| 19 | | Embarcadero Center West |
| 20 | | 275 Battery Street, 20th Floor |
|    | | San Francisco, CA 94111 |
| 21 | | Telephone: (415) 986-5900 |
| 22 | | Fax: (415) 986-8054 |
|    | | *Defendants' Liaison Counsel* |
| 23 | | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _May 25, 2006_

HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California)*

2

Stipulation and Order of Dismissal